UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 14-3738 |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | MOTION TO DISMISS APPEAL |
| | ) | UNDER FEDERAL RULE OF |
| ANTUN LEWIS, | ) | APPELLATE PROCEDURE |
| | ) | 42(b) |
| Defendant-Appellee. | ) | |
| | ) | |
| | ) | |

Plaintiff-appellant United States of America moves to voluntarily dismiss this appeal under Federal Rule of Appellate Procedure 42(b).

Respectfully submitted,

STEVEN M. DETTELBACH
United States Attorney
Northern District of Ohio

By:  /s/Michael L. Collyer
Michael L. Collyer
Assistant U.S. Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113
(216) 622-3744
(216) 522-2403 (facsimile)
Michael.Collyer@usdoj.gov

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August 2014, a copy of the foregoing Motion to Dismiss Appeal was filed electronically.   Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.   Parties may access this filing through the Court's system.

/s/Michael L. Collyer
Michael L. Collyer
Assistant U.S. Attorney